UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KRISTA WISE                                    JURY TRIAL DEMANDED

v.                                             CASE NO.  3:07CV

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
JACQUES A. MACHOL, III

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692;  the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant is a debt collector within the FDCPA.

6. Each Defendant has a place of business at 600 17th St # 800 N, Denver CO 80202  which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in an effort to collect  a disputed Harvest Credit Management personal account.

FIRST COUNT

7.  In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

8. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

9. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication and from each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                    THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net